**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELYSIA MARTEL HUFF,

    Plaintiff,

v.                                                                        Case No: 8:20-cv-1367-T-30AEP

TD BANK USA, N.A.

    Defendants.

ORDER

The Court has been advised via a Notice of Settlement with Defendant TD Bank USA, N.A. (Dkt. 34) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant TD Bank USA, N.A. and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal as to Defendant TD Bank USA, N.A. shall be with prejudice.   The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of October, 2020.

                                                                  JAMES S. MOODY, JR.
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record